(February 2, 1990)

■ In the Matter of ANTHONY TARQUINI, Petitioner, v TOWN OF AURORA et al., Respondents.— All concur, except Green and Lawton, JJ., who dissent and vote to confirm the determination in the same dissenting memorandum as in *Matter of Town of Aurora v Tarquini* (158 AD2d 905, 907 [decided herewith]). (Article 78 proceeding transferred by order of Supreme Court, Erie County, Ostrowski, J.) Present—Dillon, P. J., Callahan, Denman, Green and Lawton, JJ.